**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Seuvarrggio Senwuez Rector, Appellant.

Appellate Case No. 2023-001513

———————————

Appeal From Greenville County
Alex Kinlaw, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2026-UP-290
Submitted May 1, 2026 – Filed June 10, 2026

———————————

**APPEAL DISMISSED**

———————————

Senior Appellate Defender Lara Mary Caudy, of Columbia, and Seuvarrggio Senwuez Rector, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia; and Solicitor Cynthia Smith Crick, of Greenville, for Respondent.

———————————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.